Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JOSE URIBE RODRIGUEZ, et al., <br><br> Defendants. | CASE NO. 2:13-cv-02527-MCE--CKD <br><br> **STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS JOSE URIBE RODRIGUEZ, Individually and d/b/a BETO'S TAQUERIA; and ALJOS, INC., an unknown business entity d/b/a BETO'S TAQUERIA** |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendants JOSE URIBE RODRIGUEZ, individually and d/b/a BETO'S TAQUERIA, that the above-entitled action is hereby dismissed **without prejudice** against JOSE URIBE RODRIGUEZ, Individually and d/b/a BETO'S TAQUERIA; and ALJOS, INC., an unknown business entity d/b/a BETO'S TAQUERIA, and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by January 20, 2015, this Court shall *not* have jurisdiction to set aside the dismissal and the dismissal shall be deemed to be **with prejudice**.

///

///

///

STIPULATION OF DISMISSAL
2:12-cv-07634-WDK-FMO
PAGE 1

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: February 12, 2014

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated:

JOSE URIBE RODRIGUEZ
individually and d/b/a BETO'S TAQUERIA
(Defendant)

Dated:

ALJOS, INC.,
d/b/a Beto's Taqueria

## ORDER

This action is DISMISSED pursuant to the parties' above stipulation, ECF No. 6, and Federal Rule of Civil Procedure 41. The parties request that the Court reserve jurisdiction to enforce the settlement agreement. The Court does so as stipulated, but only to the extent permitted by law. See Keeling v. Sheet Metal Workers Int'l Ass'n (9th Cir. 1991) 937 F2d 408, 410; compare Delay v. Gordon, 475 F.3d 1039, 1045 n.11 (9th Cir. 2007) with In re Hunter, 66 F.3d 1002, 1006 (9th Cir. 1995). The Clerk of the Court is ORDERED to CLOSE this case.

**IT IS SO ORDERED.**

Dated: April 15, 2014

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT